**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Rocket Mortgage, Llc F/K/A Quicken Loans, Llc
F/K/A Quicken Loans Inc.

Case No: <u>24-18268 JNP</u>

Chapter: <u>13</u>

Judge: <u>Jerrold N. Poslusny Jr.</u>

In Re:

Wanda K. Lee-Jackson aka Wanda K. Pereira

Debtor(s).

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rocket Mortgage, Llc F/K/A Quicken Loans, Llc F/K/A Quicken Loans Inc..  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 08/27/2024

/s/ *Denise Carlon*

Denise Carlon
27 Aug 2024, 18:38:49, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*