Certificate Number: 15317-NJ-DE-038816683

Bankruptcy Case Number: 24-18268



15317-NJ-DE-038816683

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2024, at 10:41 o'clock AM PDT, Wanda K Lee completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 29, 2024

By: /s/Carlo Gollayan

Name: Carlo Gollayan

Title: Counselor