UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on September 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WANDA K. LEE-JACKSON

Debtor(s)

Case No. 24-18268 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

# CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 20, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:      Wanda K. Lee-Jackson
Case No.     24-18268 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

___

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 24-18268 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, the Debtors shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 2 years from the date of dismissal of Debtor's case.


/s/ Steven A. Silnutzer                                         9/13/2024
Steven A. Silnutzer, Esquire                                    Date
Counsel for Debtor



/s/ Andrew B. Finberg                                           9/13/2024
Andrew B. Finberg                                               Date
Chapter 13 Standing Trustee