Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−18268−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda K. Lee− Jackson
   aka Wanda K. Pereira
   1006 Scarborough Dr
   Egg Harbor Township, NJ 08234−4840

Social Security No.:
   xxx−xx−4681

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          8/6/25
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: June 25, 2025
JAN: kvr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18268-JNP |
| Wanda K. Lee- Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 25, 2025 | Form ID: 132 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wanda K. Lee- Jackson, 1006 Scarborough Dr, Egg Harbor Township, NJ 08234-4840 |
| 520383505 | + | Atlantic City Electric Co./Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 520367722 | | Atlantic Emergency Associates, PA, PO Box 15356, Newark, NJ 07192-5356 |
| 520367726 | | DeVille Asset Manangement, PO Box 1987, Colleyville, TX 76034-1987 |
| 520367727 | + | Egg Harbor Township Tax Collector, 3515 Bargaintown Rd, Egg Harbor Township, NJ 08234-8321 |
| 520367728 | + | Egg Harbor Twp. MUA, 3515 Bargaintown Rd, Egg Harbor Township, NJ 08234-8321 |
| 520367730 | # | Garden State Investment, 6601 Ventnor Ave Ste 103, Ventnor City, NJ 08406-2168 |
| 520367731 | | Kivitz, McKeever Lee P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 520367732 | | Kristina G. Murtha, Esq., 701 Market St Ste 500, Philadelphia, PA 19106-1538 |
| 520367734 | | New York State Department of Labor, PO Box 611, Albany, NY 12201-0611 |
| 520367737 | | Serenity Funeral Home, 414 S Main St, Pleasantville, NJ 08232-3032 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 25 2025 21:14:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 520367721 | | Email/Text: bankruptcy@pepcoholdings.com | Jun 25 2025 21:13:00 | Atlantic City Electric, Attn: Bankruptcy / Revenue Recovery, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 520367723 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 25 2025 21:42:38 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520377309 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 25 2025 21:19:14 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520367724 | | Email/Text: convergent@ebn.phinsolutions.com | Jun 25 2025 21:14:06 | Convergant Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 520367725 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2025 21:18:33 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 520367729 | | Email/Text: ar@figadvisors.com | Jun 25 2025 21:14:00 | FIG NJ 19, LLC, PO Box 54226, New Orleans, LA 70154-4226 |
| 520421805 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2025 21:14:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Saint Cloud MN 56302-9617 |
| 520422452 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:19:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520383304 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 25 2025 21:14:00 | New Jersey American Water, PO Box 2798, Camden, NJ 08101-2700 |
| 520367733 | | Email/Text: csc.bankruptcy@amwater.com | Jun 25 2025 21:14:00 | New Jersey American Water, PO Box 371331, Pittsburgh, PA 15250-7331 |
| 520424207 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2025 21:42:53 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520394589 | | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2025 21:14:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520367735 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 25 2025 21:14:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 520367736 | | Email/Text: customerservice@rcservicesllc.org | Jun 25 2025 21:13:00 | Receivables Collection, Main Street Radiology at Bayshore, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 520419209 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 25 2025 21:14:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520367738 | | Email/Text: bankruptcy@sw-credit.com | Jun 25 2025 21:14:00 | Southwest Credit Systems, 4120 International Pkwy # 1100, Carrollton, TX 75007-1958 |
| 520367739 | ^ | MEBN | Jun 25 2025 21:02:10 | State of New Jersey, Office of the Attorney General, PO Box 80, Trenton, NJ 08625-0080 |
| 520367740 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 25 2025 21:12:00 | State of New Jersey - Division of Taxati, PO Box 245, Trenton, NJ 08695-0245 |
| 520367741 | + | Email/Text: bncnotices@stengerlaw.com | Jun 25 2025 21:12:00 | Stenger & Stenger PC, Craig T. Faye, Esq., 2618 E Paris Ave SE, Grand Rapids, MI 49546-2458 |
| 520367742 | | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Jun 25 2025 21:13:00 | Unemployment Insurance Division- NY, Benefit Collections Unit PO Box 1195, Albany, NY 12201-1195 |
| 520367743 | | Email/Text: dispute@velocityrecoveries.com | Jun 25 2025 21:13:00 | Velocity Investment, LLC, 1800 State Route 34 # 404A, Wall Township, NJ 07719-9147 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joni L. Gray | on behalf of Trustee Andrew B Finberg jgray@standingtrustee.com jgrayecf@gmail.com;grayjr39848@notify.bestcase.com |
| Steven A. Silnutzer | on behalf of Debtor Wanda K. Lee- Jackson silnutzerlaw@gmail.com silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6