UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

As stated in the currently proposed Chapter 13 Plan, I intend to sell the house secured by the loan from Rocket Mortgage and pay the mortgage loan balance in full. The house was only just recently listed due to the fact that there were some repairs that needed to be done to the house in order to make the property "sell-able". All of those repairs are now complete. I believe the house will sell rather quickly due to the desirability of the location. The proposed plan does give a date of May 31, 2026 as the expected completed transaction date, but will most likely be much sooner. I am asking the Court to please consider allowing the Automatic Stay to continue with the understanding that this would also be beneficial to Rocket Mortgage as well since they would be paid in full rather than risking a costly Sheriff Sale that has the potential to sell for a much lower price tag than the actual value of the house.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____    _____
Debtor's Signature

Date: _____    _____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*